| | |
|---|---|
| **ROANNE L. MANN** | **DATE:** March 4, 2022 |
| **UNITED STATES MAGISTRATE JUDGE** | **START:** 12:45 p.m. |
| | **END:** 1:30 p.m. |

**DOCKET NO:** 20-cv-02249 (RLM)

**CASE:** Berkley Insurance Company v. Prime Insurance Company

| | | | |
|---|---|---|---|
| ☐ | INITIAL CONFERENCE | ☐ | OTHER/ORDER TO SHOW CAUSE |
| ☐ | DISCOVERY CONFERENCE | ☐ | FINAL/PRETRIAL CONFERENCE |
| ☐ | SETTLEMENT CONFERENCE | X | TELEPHONE CONFERENCE |
| X | MOTION HEARING | ☐ | INFANT COMPROMISE HEARING |

| **PLAINTIFF** | **ATTORNEY** |
|---|---|
| Berkley Insurance Company | David Farkouh |

| **DEFENDANT** | **ATTORNEY** |
|---|---|
| Prime Insurance Company | David Kupfer |

| **THIRD PARTY DEFENDANTS** | **ATTORNEY** |
|---|---|
| Extreme Residential Corp. | Lee Epstein |
| Atlantic Crane, LLC | Steven Lewbel |
| Rockaway Beach Blvd. Construction Co., LLC; Benjamin Beechwood Tides 2, LLC; Benjamin Beechwood Ocean Way, LLC | Joshua Zimring |

☐   FACT DISCOVERY TO BE COMPLETED BY _____
☐   SETTLEMENT CONFERENCE SCHEDULED FOR _____
☐   JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
☐   PL. TO SERVE DEF. BY: _____   DEF. TO SERVE PL. BY: _____

**RULINGS:**   PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

Argument heard and rulings made on the record granting [94] Atlantic's motion to strike. While the information sought by Prime Insurance is relevant and discoverable, the deposition notice seeking testimony from a specific Atlantic Crane employee, who is not a party to this action, is procedurally improper.   The parties are directed to confer on whether Prime Insurance will subpoena the Atlantic Crane employee or if the information sought can be obtained by a further 30(b)(6) deposition.   The parties should also inquire whether the crane operator's deposition has been scheduled in the underlying state court action, and, if so, coordinate with counsel in that action so that the deposition may be used in both cases.

The Court defers ruling on Extreme Residential Corp.'s [92] motion for leave to file an untimely Answer with counterclaims.   Although the Court will permit Extreme Residential to file an Answer, the Court takes under advisement the proposed addition of new counterclaims.